UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CV-00570-FL

| | |
|---|---|
| **Krausz Industries Ltd. f/k/a Krausz Metal Industries Ltd.**, <br><br> Plaintiff, <br><br> v. <br><br> **Smith-Blair, Inc., Sensus USA, Inc., & Sensus Manufacturing Shanghai Limited**, <br><br> Defendants. | **Order** |

Smith-Blair, Inc. and Sensus USA, Inc. have filed four motions to seal. *See* D.E. 174, 182, 193, & 199. The Court has reviewed the motions to seal under the governing standard. *See, e.g.*, *Doe v. Pub. Citizen*, 749 F.3d 246, 272–73 (4th Cir. 2014). The public has had a notice of the sealing request and a reasonable opportunity to respond. *See id.* at 272. No member of the public has responded. The court has considered less drastic alternatives to sealing, but does not find that any less drastic alternatives exist. *Id.* Moreover, the court finds that Smith-Blair and Sensus USA have demonstrated that the material at issue in the motions to seal includes confidential and competitively sensitive commercial information concerning their business. Accordingly, the Court GRANTS the motions to seal. D.E. 174, 182, 193, & 199.

Smith-Blair, Inc. and Sensus USA, Inc. have also filed a motion to strike. *See* D.E. 203. In light of the arguments made at the Motion Hearing and the complicated nature of this case, the Court DENIES this motion to strike. D.E. 203.

Next, Krausz Industries Ltd. has filed two motions: a motion for leave to file a reply and a motion for leave to file excess pages. D.E. 186 & 188. Having reviewed them, the Court GRANTS both of these motions. D.E. 186 & 188.

The court will be filing an order resolving the Motion to Compel concurrently with this Order. The court's analysis regarding the resolution of the Motion to Compel relies in part on documents filed under seal. As a result, that order will be filed under seal. Within 14 days of the entry of the order, the parties shall review the order and submit a proposed redacted copy of the order to the undersigned's case manager via e-mail. Upon the court's inspection and approval, a redacted copy of sealed order will be made a part of the public record. Failure to submit a proposed redacted order will result in the order being made public in its entirety.

Dated: December 13, 2016

_____
Robert T. Numbers, II
United States Magistrate Judge